# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

| | |
|---|---|
| GRANT HOUSE, SEDONA PRINCE, AND TYMIR OLIVER, | Local Case No. 1:22-mc-20214 |
| Petitioners, | Original (Issuing) Case Pending In: *In re Student Athlete NIL Litigation* |
| v. | Case No. 4:20-cv-03919-CW (N.D. Cal.) |
| FLORIDA INTERNATIONAL UNIVERISTY, | |
| Respondent. | |
| _____/ | |

## RESPONDENT'S NOTICE OF FILING ORDER IN RELATED CASE

Respondent, Florida International University ("FIU"), by and through its undersigned counsel hereby gives notice of filing the Order entered by United States Magistrate Judge Melissa Damian on July 25, 2022, in the related case pending in this District, *House v. University of Miami*, No. 1:22-cv-20194.

Respectfully submitted,

By: s/ Matthew L. Lines
Eric D. Isicoff
Florida Bar No. 372201
E-Mail: isicoff@irlaw.com
Matthew L. Lines
Florida Bar No. 0243980
E-Mail: lines@irlaw.com
Catherine A. Mancing
Florida Bar No. 23765
E-Mail: mancing@irlaw.com

ISICOFF RAGATZ
601 Brickell Key Drive
Suite 750
Miami, Florida 33131
Telephone: (305) 373-3232
Facsimile: (305) 373-3233
*Attorneys for Respondent, Florida International University*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 25 day of July 2022, I served a true and correct copy of the foregoing by e-mail upon:

| | |
|---|---|
| Cristina I. Calvar | Jeanifer E. Parsigian |
| Adam I Dale | WINSTON & STRAWN LLP |
| WINSTON & STRAWN LLP | 101 California Street |
| 200 Park Avenue | San Francisco, CA 94111-5840 |
| New York, NY 10166-4193 | jparsigian@winston.com |
| ccalvar@winston.com | |
| aidale@winston.com | |

/s/ Matthew L. Lines
    Matthew L. Lines