UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Misc. Case No.: 1:22-mc-20214-DPG-EGT

| | |
|---|---|
| GRANT HOUSE, SEDONA PRINCE, AND TYMIR OLIVER,<br><br>Petitioners,<br><br>v.<br><br>FLORIDA INTERNATIONAL UNIVERSITY,<br><br>Respondent. | CASE IN OTHER COURT:<br>*In re Student Athlete NIL Litigation,* Case No. 4:20-cv-03919-CW (N.D. Cal.) |

## JOINT NOTICE OF FILING PROPOSED ORDER

Petitioners Grant House, Sedona Prince, and Tymir Oliver ("Petitioners"), and Respondent Florida International University, together file this Notice of Filing of Proposed Order, attaching the parties' jointly proposed order as Exhibit A, pursuant to the Court's Order at the hearing held on June 15, 2022 [D.E. 19].

The attached proposed order would resolve all remaining disputes between the parties, including the competing proposed orders to resolve Petitioners' initial motion to compel [D.E. 21 and 24] as well as Petitioners' renewed motion to compel [D.E. 25]. The proposed order is based on this Court's ruling at the June 15, 2022 hearing, and the language mirrors a similar order issued by Magistrate Judge Melissa Damian in the related case pending in this District, *House v. University of Miami*, No. 1:22-cv-20194.  [*See* D.E. 26.].

| | |
|---|---|
| Date: August 1, 2022 | Respectfully submitted, |

By: s/Christina I. Calvar  
    Cristina I. Calvar  
    Florida Bar No. 114201  
    Adam I. Dale (*pro hac vice*)  
    Sarah L. Viebrock (*pro hac vice*)  
    WINSTON & STRAWN LLP  
    200 Park Avenue  
    New York, NY 10166-4193  
    Telephone: (212) 294-6700  
    ccalvar@winston.com  
    aidale@winston.com  
    sviebrock@winston.com  

    Jeanifer E. Parsigian (*pro hac vice*)  
    WINSTON & STRAWN LLP  
    101 California Street  
    San Francisco, CA 94111 5840  
    Telephone: (415) 591 1000  
    Facsimile: (415) 591 14000  
    jparsigian@winston.com  

*Attorneys for Petitioners*

By: s/Matthew L. Lines  
    Eric D. Isicoff  
    Florida Bar No. 372201  
    Matthew L. Lines  
    Florida Bar No. 0243980  
    E-Mail: lines@irlaw.com  
    Catherine A. Mancing  
    Florida Bar No. 23765  
    ISICOFF RAGATZ  
    601 Brickell Key Drive  
    Suite 750  
    Miami, Florida 33131  
    Telephone: (305) 373-3232  
    Facsimile: (305) 373-3233  
    isicoff@irlaw.com  
    lines@irlaw.com  
    mancing@irlaw.com  

*Attorney for Respondent*