## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MC-20214-GAYLES/TORRES

GRANT HOUSE, SEDONA PRINCE, AND
TYMIR OLIVER,

    Petitioners,

v.

FLORIDA INTERNATIONAL
UNIVERSITY,

    Respondent.
_____/

## AGREED ORDER ON PETITIONERS' MOTION TO COMPEL COMPLIANCE WITH RULE 45 SUBPOENA

This matter came before the Court for hearing on June 15, 2022, on the Motion filed by the Petitioners Grant House, Sedona Prince, and Tymir Oliver ("Petitioners") seeking to compel Respondent Florida International University ("FIU") to comply with a Rule 45 Subpoena (the "Motion"). [D.E. 1]. Having been fully briefed by the parties [D.E. 12 and 13], the Court announced its rulings on the record of the hearing together with the supporting reasoning. Also before the Court is Petitioners' renewed motion to compel, which narrowed the scope of certain requests at issue in the Motion [D.E. 25] ("Renewed Motion").

On August 1, 2022, the parties entered into a stipulated agreement resolving all remaining disputes between the parties, and moved the Court for entry of an order reflecting the terms of that agreement. [D.E. 27]. This order is entered to memorialize the terms of the parties' proposed order. Accordingly, it is ORDERED

AND ADJUDGED that Petitioners' Motion is GRANTED in part and DENIED in part:

1. As to Subpoena Requests No. 1 (Squad Lists) and No. 2 (Financial Aid Information), the Motion is GRANTED in part. The Court orders FIU to produce one Squad List per sport per. academic year, from June 1, 2016, to the present, for each Sport at Issue with the Student-Athletes' names and ID numbers redacted. This Order does not address or determine whether FIU must comply with the Family Education Rights and Privacy Act, 20 U.S.C. § 1232g; 34 CFR Part 99 ("FERPA"), and if so, how it must comply; those determinations are left to FIU's discretion. The foregoing production shall be made **within thirty (30) days** of this Order.

2. As to Subpoena Request No. 4 (Student-Athletes' Name Image Likeness ("NIL") Agreements), the Motion is GRANTED. The Court orders FIU to produce copies of all NIL Agreements (or data about such Agreements which includes the requested information, whichever is least burdensome to FIU) within its possession and control which Agreements are between any Student-Athlete and a third-party providing compensation (whether monetary or other compensation) for the use of the Student-Athlete's NIL, from July 2021 to the present. FIU is only required to produce those Agreements or data regarding the Agreements to which it has access, in whatever form is most practicable, including, if necessary, screenshots of the data. In the event any Student-Athlete objects to disclosure of his/her NIL Agreement following FERPA notice, FIU will not produce the Student-Athlete's NIL Agreement and will notify Petitioners regarding the number and general nature of such

objections (e.g., "2 football players").  The foregoing production shall be made **within thirty (30) days** of this Order.

       3.    As to Subpoena Request No. 8 (FIU's commercial agreements), the Motion is GRANTED in part.  The Court orders FIU to produce all responsive agreements between FIU and a third party that expressly provide that the third party will compensate FIU based, in whole or in part, on the transfer or licensing of the NIL of one or more specifically identified FIU Student-Athletes.  The Relevant Time Period applicable to this Request is June 1, 2016, to the present.  The foregoing production shall be made **within thirty (30) days** of this Order.

**DONE and ORDERED** in Chambers at Miami, Florida, this 2nd day of September, 2022.

                                               /s/ *Edwin G. Torres*
                                               EDWIN G. TORRES
                                               United States Magistrate Judge